July 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICIA A. POTTS, INDIVIDUALLY AND AS NEXT FRIEND TO A.M.W.,
A CHILD, Appellant

NO. 14-15-00488-CV                           V.

VINCENT D. WILLIAM AND DMG EQUIPMENT COMPANY, LTD D/B/A
PAVERS SUPPLY COMPANY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 27, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Patricia A. Potts, Individually and as next friend to A.M.W., a Child.

We further order this decision certified below for observance.